| | |
|---|---|
| 1 | JaVonne M. Phillips, Esq. SBN 187474 |
| 2 | Merdaud Jafarnia, Esq. SBN 217262 |
| | **McCarthy & Holthus, LLP** |
| 3 | 1770 Fourth Avenue |
| | San Diego, CA 92101 |
| 4 | Phone (877) 369-6122 |
| 5 | Fax (619) 685-4810 |

Attorneys for PNC BANK, National Association, its assignees and/or successors

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

IN RE: § Case Number: 09-70258 L
**Richard Lee Jaykins, Jr.** §
§ Chapter: 13
§
Debtor §

**REQUEST FOR SPECIAL NOTICE
PURSUANT TO BANKRUPTCY RULES
2002, 9014 AND 7004**

PLEASE TAKE NOTICE that McCarthy & Holthus, LLP has been retained by PNC BANK, National Association, its assignees and/or successors in the above-referenced bankruptcy case.

McCarthy & Holthus, LLP hereby requests special notice of all matters which must be noticed pursuant to the Bankruptcy and Local rules at the following address:

McCarthy & Holthus, LLP
1770 Fourth Avenue
San Diego, CA 92101
(877) 369-6122

Any appearances or filings of other documents in the instant case shall not constitute a waiver of Fed.R. Bankr. Rule 7004. PNC BANK, National Association, its assignees and/or successors must be served directly and does not authorize McCarthy & Holthus, LLP to act as its agent for purposes of service under Fed.R. Bankr. Rule 7004.

Dated: 6/12/2014                McCarthy & Holthus, LLP

                                By:  /s/  Merdaud Jafarnia, Esq.
                                     Merdaud Jafarnia, Esq.,
                                     Attorney for PNC BANK, National Association,
                                     its assignees and/or successors

M&H File No. CA-10-29864

| | |
|---|---|
| 1 | JaVonne M. Phillips, Esq. SBN 187474 |
| 2 | Merdaud Jafarnia, Esq. SBN 217262 |
| | **McCarthy & Holthus, LLP** |
| 3 | 1770 Fourth Avenue |
| | San Diego, CA 92101 |
| 4 | Phone (877) 369-6122 |
| 5 | Fax (619) 685-4810 |
| 6 | Attorneys for PNC BANK, National Association, its assignees and/or successors |

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 09-70258 L |
| | ) | |
| Richard Lee Jaykins, Jr., | ) | Chapter 13 |
| | ) | |
| Debtor. | ) | **CERTIFICATE OF SERVICE OF** |
| | ) | **REQUEST FOR SPECIAL NOTICE** |
| | ) | |
| | ) | |
| | ) | Judge: William J. Lafferty |
| | ) | |

1

File No. CA-10-29864
Certificate of Service, Case No. 09-70258 L

# CERTIFICATE OF SERVICE

On 6/13/2014, I served the foregoing **REQUEST FOR SPECIAL NOTICE** on the following individuals by electronic means through the Court's ECF program

**US TRUSTEE**
USTPRegion17.OA.ECF@usdoj.gov

**DEBTOR(S) COUNSEL**
Patrick L. Forte
pat@patforte.com

**TRUSTEE**
Martha G. Bronitsky
13trustee@oak13.com

**I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

/s/ Cynthia Penaloza
Cynthia Penaloza

On 6/12/2014, I served the foregoing **REQUEST FOR SPECIAL NOTICE** on the following individuals by depositing true copies thereof in the United States mail at San Diego, California, enclosed in a sealed envelope, with postage paid, addressed as follows:

DEBTOR(S)
Richard Lee Jaykins, Jr., 1515 159th Avenue, San Leandro, CA 94578

DEBTOR(S) COUNSEL
Patrick L. Forte, Law Offices of Patrick L. Forte, 1 Kaiser Plaza #480, Oakland, CA 94612

TRUSTEE
Martha G. Bronitsky, P.O. Box 9077, Pleasanton, CA 94566

SPECIAL NOTICE(S)
Ascension Capital Group, Attn: JP Morgan Chase Bank, National Association, c/o Ascension Capital Group, PO Box 201347, Arlington, TX 76006

B-Line, LLC, B-Line, LLC, MS 550, PO Box 91121, Seattle, WA 98111

GE Money Bank, Attn: Ramesh Singh, c/o Recovery Management Systems Corp., 25 SE 2nd Avenue, Suite 1120, Miami, FL 33131

**I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

Dated: 6/12/2014     /s/ Hue Banh
Hue Banh

2

File No. CA-10-29864
Certificate of Service, Case No. 09-70258 L