```
PATRICK L. FORTE, #80050
ANNE Y. SHIAU, #273709
LAW OFFICES OF PATRICK L. FORTE
One Kaiser Plaza, #480
Oakland, CA 94612
Telephone: (510) 465-3328
Facsimile: (510) 763-8354

Attorneys for Debtor
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re:** | **Case No. 09-70258 WJL** |
| **RICHARD LEE JAYKINS, JR.,** | **Chapter 13** |
| **Debtor.** | **NOTICE OF HEARING ON MOTION TO DISMISS CHAPTER 13 CASE** |
| | **JUDGE: William J. Lafferty** |
| | **DATE: September 11, 2014** |
| | **TIME: 1:30 PM** |
| | **ROOM: 220** |
| _____/ | **1300 CLAY STREET, 2nd FLOOR OAKLAND, CA** |

TO ALL INTERESTED PARTIES:

PLEASE TAKE NOTICE that at 1:30 PM on September 11, 2014, or as soon thereafter as the matter may be heard, in courtroom 220, in the United States Bankruptcy Court for the Northern District of California, located at 1300 Clay Street, Oakland, California, the court shall hear the Motion to Dismiss Chapter 13 Case. Richard Lee Jaykins, Jr. ("Debtor") passed away on April 3, 2014. Debtor's counsel will be filing a Motion for Hardship Discharge on behalf of the debtor's sole heir pursuant to Bankruptcy Rule 1016 and 11 U.S.C., section 1328(b).

Dated: July 21, 2014

                                          /s/ Patrick L. Forte
                                          PATRICK L. FORTE
                                          Attorney for Debtor